435 A.2d 245

Commonwealth v. Johnakin, Appellant.

 Argued January 6, 1981. Timothy F. Hennessey, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.